UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUBURN REGIONAL MEDICAL CENTER<br>202 North Division Street<br>Auburn, WA 98001<br><br>CHALMETTE MEDICAL CENTER<br>9001 Patricia Street #116<br>Chalmette, LA 70043<br><br>DOCTORS' HOSPITAL<br>OF STATEN ISLAND<br>1050 Targee Street<br>Staten Island, NY 10304<br><br>EDINBURG REGIONAL<br>MEDICAL CENTER<br>1102 West Trenton<br>Edinburg, TX 78539<br><br>FOREST HILLS HOSPITAL<br>10201 66th Road<br>Forest Hills, NY 11375<br><br>FRANKLIN HOSPITAL<br>900 Franklin Avenue<br>Valley Stream, NY 11580<br><br>HACKENSACK UNIVERSITY<br>MEDICAL CENTER<br>30 Prospect Avenue<br>Hackensack, NJ 07601<br><br>INLAND VALLEY REGIONAL<br>MEDICAL CENTER<br>36485 Inland Valley Drive<br>Wildomar, CA 92595 | Civil Action No. _____ |

4626348.2

LONG ISLAND JEWISH            )
MEDICAL CENTER                )
270-05 76th Avenue            )
New Hyde Park, NY 11040       )
                              )
MCALLEN MEDICAL CENTER        )
301 West Expressway 83        )
McAllen, TX 78503             )
                              )
NORTHERN NEVADA MEDICAL       )
CENTER (f/k/a SPARKS FAMILY   )
HOSPITAL)                     )
2375 East Prater Way          )
Sparks, NV 89434              )
                              )
RIVER PARISHES HOSPITAL       )
500 Rue De Santé              )
LaPlace, LA 70068             )
                              )
SOUTHSIDE HOSPITAL            )
301 East Main Street          )
Bay Shore, NY 11706           )
                              )
STATEN ISLAND UNIVERSITY      )
HOSPITAL                      )
475 Seaview Avenue            )
Staten Island, NY 10305       )
                              )
UHS OF NEW ORLEANS            )
500 Rue de Sante              )
LaPlace, LA 70068             )
                              )
UNIVERSAL HEALTH SERVICES,    )
         INC.                 )
367 South Gulph Road          )
King of Prussia, PA 19406     )
                              )
VALLEY HOSPITAL               )
MEDICAL CENTER                )
620 Shadow Lane               )
Las Vegas, NV 89106           )
                              )
            and               )
                              )

4626348.2

| | |
|---|---|
| WELLINGTON REGIONAL MEDICAL CENTER<br>10101 Forest Hills Boulevard<br>Wellington, FL 33414<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL O. LEAVITT, Secretary,<br>Department of Health and Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel for the record for plaintiffs Auburn Regional Medical Center, Chalmette Medical Center, Doctors' Hospital of Staten Island, Edinburg Regional Medical Center, Forest Hills Hospital, Franklin Hospital, Hackensack University Medical Center, Inland Valley Regional Medical Center, Long Island Jewish Medical Center, McAllen Medical Center, Northern Nevada Medical Center, River Parishes Hospital, Southside Hospital, Staten Island University Hospital, UHS of New Orleans, Universal Health Services, Inc., Valley Hospital Medical Center, and Wellington Regional Medical Center, certify that to the best of my knowledge and belief, the following are the only parent companies, subsidiaries, or affiliates of plaintiffs that have any outstanding securities in the hands of the public:

    1.    Universal Health Realty Income Trust,

2.  Huntington Hospital,

3.  Glen Cove Hospital,

4.  Plainview Hospital,

5.  North Shore University Hospital, and

6.  North Shore University Hospital Stern Family Center for Extended Care and Rehabilitation.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

Dated: November 15, 2007

_____
Robert L. Roth, Esq. (D.C. Bar No. 441803)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Tel: (202) 624-2870
Fax: (202) 628-5116
Attorneys of Record for Plaintiffs