**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AUBURN REGIONAL | ) |
| MEDICAL CENTER,  et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    Civ. Action No. 07-2075 (JDB) |
| | ) |
| MICHAEL O. LEAVITT, | ) |
| Secretary, United States Department of | ) |
| Health and Human Services, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The Clerk of the Court will please withdraw the appearance of Assistant United States

Attorney Christopher B. Harwood.

Dated: December 10, 2007                    Respectfully submitted,


_____/s/_____
CHRISTOPHER B. HARWOOD
N.Y. Bar No. 4202982
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372