CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Auburn Regional Medical Center et al.
    Plaintiff(s)

vs.

Civil Action No. 1:07-cv-02075

Michael O. Leavitt, Secretary
    Defendant(s)

## AFFIDAVIT OF MAILING

I, Amy S. Lee, hereby state that:

On the 16 day of November, 2007, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Honorable Michael Mukasey, Attorney General, Department of Justice. 950 Pennsylvania Ave., NW Washington D.C. 20530

I have received the receipt for the certified mail, No. 70032260000520906202 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 20 day of November, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

11/29/2007
(Date)

(Signature)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Honorable Michael Mukasey
Attorney General of the United States
Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☒ Agent / ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 NOV 2 0 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7003 2260 0005 2090 6202

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Amy Lee
Crowell & Moring
1001 Pennsylvania Ave., N.W.
Washington, DC 20004

035308.0000011