U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Auburn Regional Medical Center, et al.

vs.

Michael O. Leavitt, Secretary, Department of Health and Human Services

No. 1:07-CV-02075

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, Complaint, Exhibits A-B, Notice of Designation of Related Civil Cases Pending in This or any Other United States Court and Certificate Under LCvR 7.1 in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 2:40 pm on November 16, 2007, I served Jeffrey A. Taylor, United States Attorney for the District of Columbia at 501 3rd Street, NW, 4th Floor, Washington, DC 20001 by serving Reginald Rowan, Legal Assistant, authorized to accept. Described herein:

```
    SEX-    MALE
    AGE-    36
 HEIGHT-    6'1"
   HAIR-    BLACK
 WEIGHT-    180
   RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  11-19-07
             Date

WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 197576