UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUBURN REGIONAL MEDICAL CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary, U.S. Department of Health and Human Services, <br><br> Defendant. | Civil Action No. 1:07-cv-02075-JDB |

### PLAINTIFFS' MOTION FOR TWO-DAY EXTENSION OF TIME TO FILE AMICUS BRIEF

Pursuant to Fed. R. Civ. P. 7, Plaintiffs, through their undersigned counsel, hereby respectfully move this Court for a two-day extension of time, from January 7, 2008 until January 9, 2008, to file an Amicus Brief in Civil Action 06-1263, which Plaintiffs' were given permission to file by the Court's November 29, 2007 order in the above-captioned case.

In support of this request, the undersigned states that he is scheduled to be traveling on January 7, 2008 and does not expect to return to his office until late in the day on January 8, 2008. In further support, Plaintiffs state that this request is reasonable, will not unduly delay this case or the oral hearing currently scheduled for February 14, 2008 in Civil Action 06-1263, and will not prejudice Defendant.

4773614.2

Although counsel for Defendant has not yet formally appeared in this case, the undersigned states that he has spoken with Brian Kennedy, Esq., trial attorney with the Department of Justice and counsel of record for the Defendants in Civil Action 06-1263, who has authorized the undersigned to state that Defendant does not object to this motion. Plaintiffs have no objection to a corresponding two-day extension of time, from February 4, 2008 to February 6, 2008, for Defendant to file a response to any Amicus Brief filed by Plaintiffs.

The undersigned has also spoken with, Christopher Keough, Esq., counsel for Plaintiff Baystate Medical Center in Civil Action 06-1263 ("Baystate"). Mr. Keough has asked the undersigned to inform the Court that Baystate does "not consent to this motion because it prejudices Baystate" in that it will leave "little time" to file a response. Mr. Keough also has advised it "intend[s] to file an opposition on this basis. "

A proposed order is attached.

Respectfully submitted,

Dated: December 20, 2007

_____/s/_____
Robert L. Roth, Esq. (D.C. Bar No. 441803)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Tel: (202) 624-2870
Fax: (202) 628-5116
Attorneys of Record for Plaintiffs

4773614.2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUBURN REGIONAL MEDICAL CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary, Department of Health and Human Services, <br><br> Defendant. | Civil Action No. 1:07-cv-02075-JDB |

## **ORDER**

The Court having considered Plaintiffs Motion for Two-Day Extension of Time to File Amicus Brief, good cause having been shown, it is hereby

ORDERED THAT Plaintiffs' motion is granted, and it is further

ORDERED THAT Plaintiffs shall file their Amicus Brief in Civil Action 06-1263 by January 9, 2008 in accordance with the Court's November 29, 2007 Order and Defendant shall file by February 6, 2008 any response to any Amicus Brief so filed by Plaintiffs.

Dated: _____, 2007

_____
JOHN D. BATES
UNITED STATES DISTRICT COURT JUDGE

4773614.2