## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 20th day of December, 2007, I electronically filed Plaintiffs' Motion for Two-Day Extension of Time to File Amicus Brief using the CM/ECF system and served a copy by email on the following counsel of record in *Baystate Medical Center v. Leavitt, et al.*, Civil Action 06-1263:

Brian G. Kennedy
Lisa A. Olson
U.S. Department of Justice
20 Massachusetts Avenue, N.W.
Room 7300
Washington, D.C. 20530
*Brian.Kennedy@usdoj.gov*
*Lisa.Olson@usdoj.gov*
Counsel for Defendants

and

Christopher L. Keough
VINSON & ELKINS L.L.P.
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C. 20004-1008
*ckeough@velaw.com*
Counsel for Plaintiff

I FURTHER CERTIFY that, on the 21st day of December, 2007, I served a copy of this Motion by U.S. Mail, postage prepaid, on the above counsel at the addresses set forth above.

/s/ Robert L. Roth
Robert L. Roth

4801569.1