CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Auburn Regional Medical Center et al.
    Plaintiff(s)

Civil Action No. 1:07-cv-02075

vs.

Michael O. Leavitt, Secretary
    Defendant(s)

### AFFIDAVIT OF MAILING

I, Amy S. Lee, hereby state that:

On the 16 day of November, 2007, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Michael O. Leavitt, Secretary of the Department of Health and Human Services. 200 Independence Ave., SW. Washington D.C. 20201

I have received the receipt for the certified mail, No. 70032260000520906219 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 20 day of November, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

11/29/2007
(Date)

(Signature)

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Amy Lee
Crowell & Moring
1001 Pennsylvania Ave., NW
Washington DC 20004-2595

CAM 03596

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. 11-20-07

1. Article Addressed to:

Michael O. Leavitt, Secretary
Department of Health and
  Human Resources
200 Independence Ave, SW
Washington, DC 20201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Virgil Alerts

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)   7003 2260 0005 2090 6219

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540