IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUBURN REGIONAL MEDICAL CENTER ) <br> ) <br> *et al.*, ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, ) <br> ) <br> Defendant ) <br> _____) | Civil Action No. 1:07-2075-JDB <br> Judge Bates |

DEFENDANT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME

Defendant, by his undersigned attorneys, hereby move, pursuant to Rule 6, Federal Rules of Procedure, for an extension of time from January 15, 2008, to and including February 29, 2008, in which to serve his Answer, Motion to Dismiss, or other response permitted under Rule 12.  No prior extensions of this time have been requested.  Plaintiffs' counsel (Robert Roth) has indicated that plaintiffs do not oppose this request.

The grounds for this request are set forth in the memorandum filed herewith.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

/s/ Brian G. Kennedy
SHEILA M. LIEBER
BRIAN G. KENNEDY (D.C. Bar No. 228726)
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Tel.: (202) 514-3357
Fax: (202) 616-8470
Email: Brian.Kennedy@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUBURN REGIONAL MEDICAL CENTER )<br>)<br>*et al.,* )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>)<br>Defendant )<br>_____) | Civil Action No. 1:07-2075-JDB<br>Judge Bates |

MEMORANDUM IN SUPPORT
OF DEFENDANT'S MOTION
<u>FOR EXTENSION OF TIME</u>

    Defendant is requesting an extension of time to respond to the complaint under Rule 12 of 45 days, *i.e.*, from January 15, 2008, to February 29, 2008.  If extended, the Rule 12 response would be due a fortnight after oral argument on cross-motions for summary judgment in the related case, *Baystate Medical Center v. Leavitt*, Civil Action No. 06-1263.  The parties in this case are discussing whether it would be in the interest of judicial economy for proceedings in this case to be stayed or deferred pending resolution of *Baystate*.

    Undersigned counsel (Mr. Kennedy) is informed that the administrative record, which has only recently been compiled, spans four volumes.  Mr. Kennedy is occupied for much of this month with depositions (and related deposition prepara-tions) in *Breen v. Peters*, No. 05-654 (D.D.C.) (Judge Roberts), an ADEA case involving more than 170 named plaintiffs, and will also need to devote some time to

preparing for argument in *Baystate*.  Ms. Lisa Olson, co-counsel in *Baystate*, will also be co-counsel in this action, but will be out the remainder of this month in light of the recent death of her mother.

Plaintiffs' counsel (Mr. Roth) advised the undersigned that plaintiffs do not oppose this motion.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

/s/ Brian G. Kennedy
SHEILA M. LIEBER
BRIAN G. KENNEDY (D.C. Bar No. 228726)
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Tel.:  (202) 514-3357
Fax:  (202) 616-8470
Email:  Brian.Kennedy@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUBURN REGIONAL MEDICAL CENTER )<br>)<br>*et al.*,                                )<br>)<br>    Plaintiffs                              )<br>)<br>        v.                                   )<br>)<br>MICHAEL O. LEAVITT,                 )<br>)<br>    Defendant                             )<br>_____) | Civil Action No. 1:07-2075-JDB<br>Judge Bates |

<u>ORDER</u>

This matter having come before the Court on defendant's unopposed motion for extension of time, and the Court being fully advised in the premises and concluding that the motion should be granted, IT IS HEREBY ORDERED that defendant's unopposed motion for extension of time is granted, and that defendant's time to answer, move to dismiss, or otherwise respond to the complaint under Rule 12, Federal Rules of Civil Procedure, be and hereby is extended to and including February 29, 2008.

_____
UNITED STATES DISTRICT JUDGE

Date: _____