UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AUBURN REGIONAL MEDICAL CENTER, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:07-02075 (JDB) |
| MICHAEL O. LEAVITT, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUED STAY OF PROCEEDINGS**

Pursuant to Fed. R. Civ. P. 7, defendant hereby moves for a further stay of his deadline for responding to the complaint. The current deadline is April 30, 2008. Defendant requests a stay until 30 days after the deadline expires for filing any appeal of the Court's March 31, 2008 Memorandum Opinion in a related case, Baystate Medical Center v. Leavitt, Civil Action No. 1:06-cv-01263, or if a cross-appeal is filed in Baystate, until 30 days after the deadline expires for filing the cross-appeal. The original stay served the interests of judicial efficiency and economy. Those interests warrant a continued stay. The ultimate decision on the merits in Baystate may affect whether, or the extent to which, the instant plaintiffs choose to pursue this case. Furthermore, the question of whether plaintiffs' appeal to the PRRB was timely under the doctrine of equitable tolling may be affected by the decision in Baystate as to whether the SSI percentages were understated for the fiscal years under appeal.

Defendant is requesting an incremental stay so that the parties and the Court can reevaluate the circumstances, and the appropriateness of any further stay, as Baystate develops.

A continued stay is reasonable, will not prejudice the plaintiffs, and will not unduly delay this case. Plaintiffs' counsel has informed defendant's counsel that plaintiffs do not oppose this motion.

                                      Respectfully submitted,

                                      JEFFREY A. TAYLOR
                                      United States Attorney

                                      SHEILA M. LIEBER
                                      Deputy Director

                                      /s/ *Lisa A. Olson*
                                      BRIAN G. KENNEDY (D.C. Bar # 228726)
                                      LISA A. OLSON (D.C. Bar #38266)
                                      U.S. Department of Justice
                                      20 Mass. Ave., N.W., Room 7300
                                      Washington, D.C. 20530
                                      Telephone: (202) 514-5633
                                      Telefacsimile: (202) 616-8470
                                      E-mail: lisa.olson@usdoj.gov
Dated: April 8, 2008                 Counsel for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AUBURN REGIONAL MEDICAL CENTER, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 1:07-02075 (JDB) |
| MICHAEL O. LEAVITT, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

The Court having considered defendant's unopposed motion for a continued stay of these proceedings, good cause having been shown, and there being no opposition thereto, it is hereby

ORDERED, that defendant's motion is granted, and it is further

ORDERED, that defendant's time to respond to respond to the complaint is extended until thirty days after the expiration of the deadline for filing an appeal of the Court's March 31, 2008 Memorandum Opinion in Baystate Medical Center v. Leavitt, Civil Action No. 1:06-cv-01263, and it is further

ORDERED, that if a cross-appeal is filed in Baystate, defendant's time to respond to respond to the complaint is extended until thirty days after the expiration of the deadline for filing the cross-appeal.

_____          _____
DATE                             JOHN D. BATES
                                 UNITED STATES DISTRICT JUDGE